UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

    v.                                     3:05-cr-499

STEPHEN PRUNTY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

On June 14, 2007, Stephen Prunty requested a copy of court proceedings held on June 24, 2006.

Because Prunty has provided no specific reasons for his request for the transcript, his request is DENIED. See 28 U.S.C. § 753(f); see also United States v. Horvath, 157 F.3d 131, 132 (2d Cir. 1998) (denying inmate a free copy of his plea and sentencing hearing transcripts for failure to provide an arguable basis in law or in fact that it is needed) (citations omitted).

IT IS SO ORDERED.

Dated: June 25, 2007

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge